1  William C. McNeil, III, State Bar No. 64392
2  Noah A. Phillips, State Bar No. 306832
   The LEGAL AID SOCIETY
3    – EMPLOYMENT LAW CENTER
4  180 Montgomery Street, Suite 600
   San Francisco, CA 94104
5  Telephone: (415) 864-8848
6  Facsimile: (415) 593-0096
   Emails: wmcneill@las-elc.org
7          nphillips@las-elc.org

8  Howard Moore, Jr., State Bar No. 55228
   MOORE & MOORE
9  1563 Solano Avenue, #204
10 Berkeley, California 94707-2116
   Telephone: (510) 542-7172
11 Facsimile: (510) 528-3024
12 Email: moorlaw@aol.com

13 Attorneys for Plaintiff
   BAHAR MIKHAK
14

NEDA N. DAL CIELO, Bar No. 161982
KIMBERLY GEE, Bar No. 264894
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686
Emails: ndalcielo@littler.com
        kramos@littler.com

Attorneys for Defendant
UNIVERSITY OF PHOENIX, INC.

15 **IN THE UNITED STATES DISCTRICT COURT**

16 **FOR THE NORTHERN DISCTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  BAHAR MIKHAK, an individual, | Case No. 3:16-cv-00901-CRB |
| 18              Plaintiff, | **JOINT STIPULATION TO MODIFY** |
| 19          v. | **MOTION BRIEFING SCHEDULE AND ORDER** |
| 20  UNIVERSITY OF PHOENIX INC., an | |
| 21  Arizona corporation, | Hearing Date: June 17, 2016 |
| 22              Defendant. | Time:         8:30 AM |
| 23 | Courtroom:    6. 17th Floor |
|   | Judge:        Honorable Charles R. Breyer |

24
25
26
27
28

**WHEREAS**, on April 25, 2016, Defendant University of Phoenix ("Defendant") filed a Notice of Motion and Motion to Compel Arbitration and to Dismiss ("Motion to Compel") Plaintiff's Complaint ("Complaint") or, in the alternative to this Action ("Motion to Compel"), where it noticed a hearing date of June 17, 2016, before the Honorable Charles R. Breyer.

**WHEREAS**, pursuant to Civil L.R. 7-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, the present deadline for Plaintiff to file and serve her Opposition to the Motion to Compel is May 9, 2017and the deadline for Defendant to file and serve its Reply is presently May 16, 2016.

**WHEREAS**, Plaintiff's counsel, Howard Moore, Jr., returned to Atlanta Georgia over the weekend of April 30, 2016 to attend a funeral, and therefore, his time to address the issues presented by Defendant's Motion has been severely curtailed.

**WHEREAS**, Plaintiff's counsel William C. McNeill, III, also had a long schedule trip planned to the East Coast and therefore, his time to address Defendant's motion has also been severely curtailed.

NOW THEREFORE, Plaintiff Bahar Mikhak and Defendant, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff is afforded an extension, until May 20, 2016, to file and serve her Opposition to the Motion to Dismiss Plaintiff's Complaint;
2. Defendant is afforded an extension, until June 3, 2016, to file and serve its Reply to Plaintiff's Opposition to the Motion to Dismiss Plaintiff's Complaint.

//
//
//

**IT IS SO STIPULATED.**

Dated: May 5, 2016        */s/ Neda N. Dal Cielo*
　　　　　　　　　　　　　NEDA N. DAL CIELO
　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　Attorneys for Defendant UNIVERSITY OF
　　　　　　　　　　　　　PHOENIX, INC.

Dated: May 5, 2016        */s/ William C. McNeill, III*
　　　　　　　　　　　　　WILLIAM C. McNEILL, III
　　　　　　　　　　　　　NOAH A. PHILLIPS
　　　　　　　　　　　　　LEGAL AID SOCIETY –
　　　　　　　　　　　　　EMPLOYMENT LAW CENTER
　　　　　　　　　　　　　Counsel for Plaintiff BAHAR MIKHAK

Dated: May 5, 2016        */s/ Howard Moore, Jr.*
　　　　　　　　　　　　　HOWARD MOORE, JR.
　　　　　　　　　　　　　MOORE & MOORE
　　　　　　　　　　　　　Counsel for Plaintiff BAHAR MIKHAK

**IT IS SO ORDERED.**

Dated: May 6, 2016
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories, and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

*/S/ William C. McNeill, III*
William C. McNeill, III