WILLIAM C. McNEILL, III, State Bar No. 64392
NOAH A. PHILLIPS, State Bar No. 306832
The LEGAL AID SOCIETY – EMPLOYMENT
LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: wmcneill@las-elc.org
        nphillips@las-elc.org

HOWARD MOORE, JR., State Bar No. 55228
MOORE & MOORE
1563 Solano Avenue, #204
Berkeley, California 94707-2116
Telephone: (510) 542-7172
Facsimile: (510) 528-3024
Email: moorlaw@aol.com

Attorneys for Plaintiff
BAHAR MIKHAK

NEDA N. DAL CIELO, Bar No. 161982
KIMBERLY GEE RAMOS, Bar No. 264894
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, California 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686
Emails: ndalcielo@littler.com
        kramos@littler.com

Attorneys for Defendant
UNIVERSITY OF PHOENIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAHAR MIKHAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PHOENIX INC., an Arizona corporation,<br><br>Defendant. | Case No. 3:16-cv-00901-CRB<br><br>**JOINT STIPULATION TO CONTINUE JUNE 17, 2016 CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Hearing Date: June 17, 2016<br>Time:      8:30 AM<br>Courtroom: 6, 17th Floor<br>Judge:      Honorable Charles R. Breyer |

STIPULATION AND [PROPOSED] ORDER
(NO. 3:16-CV-00901-CRB)

Plaintiff Bahar Mikhak ("Plaintiff") and Defendant University of Phoenix ("Defendant") hereby agree and stipulate through their respective counsel to the following:

WHEREAS, a Case Management Conference in the above entitled action is scheduled for June 17, 2016 at 8:30 a.m. in Courtroom 6, 17th Floor;

WHEREAS, the parties wish to continue the Case Management Conference until a date after the Court has had the opportunity to rule on Defendant's pending motion to compel arbitration and to dismiss this action, or in the alternative, stay the proceedings, which motion will be heard on June 17, 2016;

NOW, THEREFORE, the parties stipulate and respectfully request that the Case Management Conference scheduled for June 17, 2016 be continued until July 15, 2016, or as soon thereafter as the Court's schedule has an available date. The parties further stipulate that all deadlines associated with the Case Management Conference will also be continued.

IT IS SO STIPULATED.

Dated: May 18, 2016

/s/ *Neda N. Dal Cielo*
NEDA N. DAL CIELO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
UNIVERSITY OF PHOENIX, INC.

Dated: May 18, 2016

/s/ *William C. McNeill, III*
WILLIAM C. McNEILL, III
NOAH A. PHILLIPS
LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
Attorneys for Plaintiff
BAHAR MIKHAK

Dated: May 18, 2016

/s/ *Howard Moore, Jr.*
HOWARD MOORE, JR.
MOORE & MOORE
Attorneys for Plaintiff
BAHAR MIKHAK

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
(NO. 3:16-CV-00901-CRB)     1.

**ORDER**

Pursuant to Stipulation, and for good cause appearing, the Case Management Conference set for June 17, 2016 is hereby vacated, and is re-set for July 15, 2016, at 8:30 a.m., in Courtroom 6. All deadlines associated with the Case Management Conference will also be continued accordingly.

**IT IS SO ORDERED.**

Dated: May 20, 2016

CHARLES R. BREYER
SENIOR DISTRICT JUDGE

Firmwide:140526109.1 073540.1112

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
(NO. 3:16-CV-00901-CRB)    2.