UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHAR MIKHAK,<br><br>        Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF PHOENIX INC., et al.,<br><br>        Defendants. | Case No. 21-cv-06919-SBA<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to 16-cv-901-CRB Mikhak v. University of Phoenix.

**IT IS SO ORDERED.**

Dated: December 1, 2021

_____
RICHARD SEEBORG
United States District Judge